**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

**DATE:   January 5, 2018**

**JUDGE:**                                                      **REPORTER: Shea Sloan**
**JOHN D. LOVE**

**LAW CLERK:   Hannah Henkel**          **COURTROOM DEPUTY: Sharon Baum**

| | |
|---|---|
| **REALTIME DATA LLC**<br><br>**V**<br><br>**RACKSPACE US, INC., ET AL.** | **CASE NO**: 6:16cv961<br>**SECOND PRETRIAL CONFERENCE** |

| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| See attached sign in sheet | See attached sign in sheet |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**  9:02                                      **ADJOURN:**   10:45

| TIME: | MINUTES: |
|---|---|
| 9:02 | Case called.  Parties announced they are here and ready.  Judge states we will continue today with second pretrial.   As to exhibits objections I want to take those up first.  Any other disputes that have been resolved we do not have to take up today. |
| | Mr. Kroeger responds. |
| | Ms. Mayer responds. |
| | Judge states we will start with objections to exhibits, start with DX 6, 161 and 182. |
| 9:04 | Mr. Chung begins argument. |
| 9:07 | Mr. Jacobs responds. |
| | Judge states objection to exhibit as admission into record is sustained but may be used as a demonstrative when testifying. |
| 9:12 | Mr. Chung responds. |
| | Mr. Jacobs responds. |

| TIME: | MINUTES: |
|---|---|
|  | Judge states the expert can testify on this. |
|  | Mr. Jacobs responds again. |
| 9:14 | Mr. Chung further responds. |
|  | Judge makes comments.   Next objections are to DX 33-36a, 46, 46a, 47-55, 121-122. |
| 9:15 | Mr. Kroeger responds that they withdraw objection to DX 33a and to DX 207 and 208.   Next moves on to DX 34a, 204 and 205. |
|  | Mr. Wiener responds on DX 34a, 204 and 205. |
|  | Judge states DX 34a, 204 and 205 are now withdrawn and may be used as demonstratives. |
|  | Mr. Kroeger begins argument on DX 35b, 35c, 206. |
| 9:18 | Mr. Wiener responds on DX 35b, 35c, and 206. |
|  | Judge states these are classic demonstratives and that is what they can be used for, DX 35b, 35c and 206. |
|  | Mr. Kroeger begins argument of DX 209. |
|  | Mr. Wiener responds we are willing to redact. |
| 9:20 | Judge states as agreed with redactions. |
|  | Mr. Kroeger begins argument on DX 47-55. |
|  | Judge states documents created in the course of litigation do not come into evidence, DX 47-55 are sustained. |
|  | Mr. Kroeger begins argument on DX 121, I believe 122 has been withdrawn. |
| 9:22 | Mr. Wiener responds. |
|  | Judge makes rulings.   Next category I have is DX 14-18. |
| 9:22 | Mr. Wang begins argument. |
|  | Mr. Wiener responds. |
|  | Judge states objection to DX 14-18 are sustained. |

| TIME: | MINUTES: |
|---|---|
| | Mr. Wang responds. |
| | Judge moves on to DX 64, 196-203. |
| | Mr. Kroeger begins argument. |
| 9:28 | Mr. Wiener responds. |
| | Judge asks question. |
| | Mr. Wiener responds. |
| | Judge sustains the objection to these DX 64, 196-203 is sustained. |
| | Mr. Wang responds. |
| | Judge makes additional comments.   Next objection I have is to DX 68. |
| | Mr. Kroeger begins argument. |
| | Mr. Wiener responds. |
| | Judge states as to the unsigned affidavit, DX 68, the objection is sustained. |
| | Mr. Wiener responds. |
| | Judge directs that he is sustaining the objections to DX 15, 16, 125, 126, 127, 165 and 166. |
| | Mr. Kroeger makes additional comments. |
| | Judge moves on to DX 69-80. |
| 9:35 | Mr. Kroeger begins argument. |
| | Mr. Wiener responds. |
| | Mr. Kroeger responds. |
| | Mr. Wiener responds. |
| | Judge states objection to admission of exhibits into evidence is sustained. |

| TIME: | MINUTES: |
|---|---|
| 9:38 | Mr. Wang begins argument on DX 97, 128 and 129. |
|  | Mr. Wiener responds. |
|  | Judge sustains objection to admittance but they can be used for impeachment.   DX 106 -108 are withdrawn.   Next category are 127, 130-138. |
|  | Mr. Wang begins argument. |
| 9:39 | Ms. Mayer responds. |
|  | Judge states DX 127, 130-138 are sustained, next category is DX 141, 146, 165-181. |
|  | Mr. Wang begins argument. |
|  | Ms. Mayer responds. |
| 9:42 | Mr. Wang responds. |
|  | Judge makes additional comments on Cain and Williams. |
|  | Mr. Wang begins argument of DX 165-181. |
| 9:46 | Ms. Mayer responds. |
|  | Mr. Wang responds. |
|  | Judge sustains the objection to DX 165-181 with clarifying comments.   The next category is DX 147. |
|  | Mr. Kroeger begins argument. |
|  | Mr. Wiener responds. |
|  | Judge overrules the objections to DX 147.   Moving on to DX 183-188 and 149. |
|  | Mr. Kroeger begins argument. |
| 9:50 | Ms. Mayer responds. |
|  | Judge states DX 149 is withdrawn, the objection to DX 183-188 are sustained. Next move on to DX 160. |
|  | Mr. Kroeger begins argument. |

| TIME: | MINUTES: |
|---|---|
| | Ms. Mayer responds. |
| | Judge sustains the objection to DX 160.   Moving on to PX 12-18. |
| 9:54 | Ms. Mayer begins argument. |
| | Mr. Wang begins response to PX 17 and 18. |
| | Ms. Mayer continues argument. |
| | Judge states on PX 17 and 18 I am going to overrule the objection. |
| | Mr. Wang makes additional comments. |
| | Judge asks additional question. |
| | Mr. Wang responds. |
| 10:04 | Judge makes comments and further discusses hearsay objection. |
| | Mr. Wang responds they are willing to redact. |
| | Judge makes additional comment and ruling. |
| 10:06 | Ms. Mayer responds. |
| | Judge is going to overrule on PX 12, as to PX 13-16 is there anything further? |
| | Mr. Wang begins argument on PX 13-16. |
| 10:08 | Judge asks question.   Judge states the objection to exhibits PX 13-16 are overruled, with further comments. |
| | Mr. Wiener begins argument on NetApp documents that are hearsay. |
| | Judge is going to overrule objections in that form.   We will move on to PX 159, 162, 224-230. |
| | Mr. Kroeger responds and there is agreement that they will withdraw their objection. |
| | Judge states next group is PX 240-41, 236 and 21. |
| | Ms. Mayer begins argument. |

| TIME: | MINUTES: |
|---|---|
|  | Judge asks additional question. |
|  | Ms. Mayer continues argument that they have reached stipulation to documents that are on their website. |
|  | Mr. Kroeger responds. |
|  | Ms. Mayer responds if it is NetApp sponsored we are not objecting to it. |
|  | Mr. Kroeger continues. |
|  | Ms. Mayer responds. |
| 10:15 | Judge makes comments. |
|  | Ms. Mayer further responds. |
| 10:17 | Judge asks additional question of Mr. Kroeger. |
|  | Mr. Kroeger responds. |
|  | Judge states objection is overruled subject to authentication at trial. |
|  | Mr. Kroeger continues argument. |
|  | Ms. Mayer responds. |
|  | Judge asks additional question. |
|  | Ms. Mayer responds. |
|  | Mr. Kroeger further responds. |
| 10:20 | Ms. Mayer responds. |
|  | Mr. Kroeger responds. |
|  | Judge states objection to PX 21 is overruled.   We are moving on to source code. |
|  | Ms. Mayer states they have reached an agreement on source code so we have withdrawn those exhibits. |
|  | Judge moves on to next group of documents. |

| TIME: | MINUTES: |
|-------|----------|
| 10:22 | Ms. Mayer begins argument. |
| | Judge overrules the objection, next moves on to PX 198. |
| | Mr. Wiener begins argument. |
| | Judge raises concerns and asks question. |
| 10:25 | Mr. Kroeger responds. |
| | Mr. Wiener responds. |
| | Mr. Kroeger further responds. |
| | Judge overrules the objection to PX 198.   Moving on to PX 146, 234 and 235. |
| | Ms. Mayer begins argument. |
| | Mr. Kroeger responds. |
| | Ms. Mayer responds. |
| 10:31 | Judge makes further comments. |
| | Ms. Mayer responds. |
| | Mr. Kroeger responds. |
| | Ms. Mayer responds. |
| | Judge asks question of Ms. Mayer. |
| | Ms. Mayer responds. |
| 10:36 | Judge states experts can talk about their evaluations and makes further comments. At this point I am sustaining objections to the admission of what is before me of PX 146, 234 and 235. |
| 10:38 | Ms. Mayer further responds. |
| | Mr. Kroeger responds. |
| 10:39 | Ms. Mayer makes additional comments. |

| TIME: | MINUTES: |
|---|---|
|  | Mr. Wiener withdraw objections |
| 10:40 | Judge asks if there are objections to deposition designations. |
|  | Mr. Kroeger responds. |
|  | Ms. Mayer responds. |
| 10:41 | Judge does not know what Judge Schroeder's availability is for a hearing on deposition designations.   Judge informs parties he believes they will have no more than a week for trial and they should receive a time limit order shortly.   Judge makes clarifying comments on preadmitted exhibit lists, demonstratives and designated deposition testimony. |
| 10:45 | Being nothing further, we are adjourned. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |