**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| REALTIME DATA LLC d/b/a IXO, | § § § | |
| Plaintiff, | § | Case No. 6:16-cv-961 |
| v. | § § | **LEAD CASE** |
| RACKSPACE US, INC. et al., | § § | |
| Defendants. | § § § | |

## ORDER OF DISMISSAL

Plaintiff Realtime Data, LLC ("Plaintiff") and Defendants NetApp, Inc. and SolidFire, LLC ("Defendants") have jointly filed a "Stipulated Motion to Dismiss with Prejudice" pursuant to Rule 41 of the Federal Rules of Civil Procedure. Docket No. 327.

The Court now finds that an order dismissing all claims asserted by Plaintiff against Defendants any and all counterclaims asserted by the Defendants against Plaintiff should be entered.

It is therefore **ORDERED** that all claims asserted by Plaintiff against Defendants any and all counterclaims asserted by Defendants against Plaintiff are **DISMISSED WITH PREJUDICE**, subject to the Settlement and License Agreement of January 29, 2018, whose terms shall remain confidential, with each party to bear its own costs and fees.

**SIGNED this 31st day of January, 2018.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE