## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| REALTIME DATA LLC d/b/a IXO, | § | |
| | § | |
| Plaintiff, | § | **Case No. 6:16-cv-961** |
| | § | |
| v. | § | **LEAD CASE** |
| | § | |
| RACKSPACE US, INC. et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

### FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision having been duly rendered as to all claims,

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED**.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close the case.

**SIGNED this 1st day of February, 2018.**

*Robert W Schroeder III*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE